UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X   Case No.: 1:20-cv-03718
MICHAL BENSHABAT,

                                 Plaintiff,

              - against -

T-FUSION, LLC dba ISABELLA, and
ALLISON KAHN, *Individually*

                               Defendant.
---------------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, Michal Benshabat, by and through her attorneys, the LAW OFFICE OF YURIY MOSHES, P.C., respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties will file the Motion to Approve the Proposed Settlement as soon as practicable, but no later than by November 16, 2020 as set forth in the Court's October 13, 2020 Order (Doc. No. 14).

Dated: Brooklyn, New York
        October 15, 2020

                                                        **RESPECTFULLY SUBMITTED BY:**

                                                        /s/ Jessenia Maldonado
                                                        Jessenia Maldonado
                                                        *Attorneys for Plaintiff*
                                                        Law Office of Yuriy Moshes, P.C.
                                                        517 Brighton Beach Ave., 2nd Floor
                                                       Brooklyn, New York 11235
                                                       (718) 504-6090
                                                       jmaldonado@mosheslaw.com