# LAW OFFICE OF
# YURIY MOSHES, P.C.

**Please reply to our NEW YORK CITY office**

| 322 West 48th Street, 6th FL | 111 Northfield Ave, Suite 208A | 517 Brighton Beach Ave., 2nd Floor |
| New York, NY 10036 | West Orange, NJ 07052 | Brooklyn, NY 11235 |

**Tel. (888) 445-0234 Fax: (646) 843-7570**

Yuriy Moshes, Esq.  
*Member of NJ and NY Bar.*

Gennady Litvin, Esq.  
Jessenia Maldonado, Esq.  
Junou Odige, Esq.  
*Members of NY Bar.*

April 1, 2021

**VIA ECF**
Honorable LaShann DeArcy Hall
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    *Benshabat v. T-Fusion LLC dba Isabella, et. al.*
             **1:20-cv-03718 (LDH)(SJB)**

Your Honor:

    We represent Plaintiff Michal Benshabat ("Plaintiff") in the above-referenced action. On November 23, 2020, Plaintiff filed a motion for judicial approval of the parties' settlement agreement. On March 1, 2021, a fairness hearing was held before Honarable Sanket J. Bulsara, and the parties were directed to file a revised motion for settlement approval. On March 15, 2021, in compliance with the Court's order issued on March 2, 2021, Plaintiff filed a revised motion for settlement approval. On March 19, 2021, the Court issued a Report and Recommendation. The Court recommended "that the revised motion for settlement approval be denied without prejudice to renewal." Plaintiff does not object to the Court's Report and Recommendation.

    We now respectfully submit a revised agreement for judicial approval in compliance with the Court's Report and Recommendation. We have attached the parties' proposed settlement agreement, attached hereto as Exhibit "A." The agreement provides payment of four thousand ($4,000.00), inclusive of attorneys' fees and costs. For the reasons stated in Plaintiff's motion filed on March 15, 2021 (ECF Doc. No. 19), Plaintiff submits that the Court's approval of the renewed motion is warranted.

                        Respectfully submitted,

                        **LAW OFFICE OF YURIY MOSHES, P.C.**

                        /s/ Junou M. Odige
                        Jessenia Maldonado, Esq.
                        Junou Odige, Esq.
                        *Attorneys for Plaintiff*
                        517 Brighton Beach Ave, 2nd Floor
                        Brooklyn, New York 11235
                        Jmaldonado@mosheslaw.com
                        Jodige@mosheslaw.com
                        (718) 504-6090

cc:    Richard F. Rozhik Esq. (*Via* ECF)
       1616 Neptune Ave. 2nd Floor
       Brooklyn, NY 11224
       (917) 567-1963
       rrozhik@rozhiklawfirm.com
       *Attorney for Defendant* (for settlement purposes)